IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLARA D. GULLEY                                                                   PLAINTIFF

       v.                         Civil No. 05-4002

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                      DEFENDANT

## **JUDGMENT**

On this 14th day of June, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Denver Thornton, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,125.00 under *28 U.S.C. § 2412*.

     IT IS SO ORDERED.

                                             /s/ Bobby E. Shepherd
                                             HONORABLE BOBBY E. SHEPHERD
                                             UNITED STATES MAGISTRATE JUDGE